■ WILLIE R. JENKINS, Appellant, v MAGGIES PARATRANSIT CORP. et al., Respondents. [53 NYS3d 532]—

Order, Supreme Court, Bronx County (Donna M. Mills, J.), entered April 8, 2016, which denied plaintiff's motion for summary judgment, unanimously affirmed, without costs.

Plaintiff failed to establish prima facie that a vehicle operated by defendant Chatham made an unsafe lane change. Although eyewitnesses testified that an Access-A-Ride vehicle struck plaintiff's motorcycle, they did not identify the driver. The amended police accident report is inadmissible hearsay, since it was made by a police officer who did not witness the accident (*Kajoshaj v Greenspan*, 88 AD2d 538 [1st Dept 1982]). Nor does the traffic summons issued to Chatham constitute evidence. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Manzanet-Daniels, JJ.